**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF NEVADA

Case number *(if known)* _____   Chapter __7__

☐ Check if this an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy        06/22

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | **HUGHES PRIVATE CAPITAL, INC.** |

| | | |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names and *doing business as* names | **FDBA  HUGHES PRIVATE CAPITAL, LLC** <br> **DBA  HUGHES PRIVATE CAPITAL** |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **26-4227876** |

| | | | |
|---|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |
| | | **5440 LOUIE LANE** <br> **SUITE 106** <br> **RENO, NV 89511** <br> Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| | | **WASHOE** <br> County | **Location of principal assets, if different from principal place of business** <br><br> Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) <br> ☐ Partnership (excluding LLP) <br> ☐ Other. Specify: _____ |

Debtor    **HUGHES PRIVATE CAPITAL, INC.**                                   Case number (*if known*) _____
_____
Name

---

**7.    Describe debtor's business**    A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

---

**8.    Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

■ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check **all** that apply*:

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

---

**9.    Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
|----------|----------|------|----------|-------------|----------|
| District | _____ | When | _____ | Case number | _____ |

---

Debtor   **HUGHES PRIVATE CAPITAL, INC.**_____     Case number (*if known*) _____
_____Name

| 10. | Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor? | ☐ No<br>■ Yes. |
|---|---|---|

List all cases. If more than 1, attach a separate list

Debtor   **See Attachment**_____     Relationship _____
District _____ When _____    Case number, if known _____

| 11. | Why is the case filed in *this district?* | *Check all that apply:* |
|---|---|---|

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

| 12. | Does the debtor own or have possession of any real property or personal property that needs immediate attention? | ■ No<br><br>☐ Yes. |
|---|---|---|

Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply*.)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                          Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency _____
         Contact name _____
         Phone _____

---

**⬛ Statistical and administrative information**

| 13. | Debtor's estimation of available funds | . | *Check one:* |
|---|---|---|---|

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

| 14. | Estimated number of creditors | | | |
|---|---|---|---|---|
| | | ☐ 1-49<br>■ 50-99<br>☐ 100-199<br>☐ 200-999 | ☐ 1,000-5,000<br>☐ 5001-10,000<br>☐ 10,001-25,000 | ☐ 25,001-50,000<br>☐ 50,001-100,000<br>☐ More than100,000 |

| 15. | Estimated Assets | | | |
|---|---|---|---|---|
| | | ☐ $0 - $50,000<br>☐ $50,001 - $100,000<br>☐ $100,001 - $500,000<br>☐ $500,001 - $1 million | ■ $1,000,001 - $10 million<br>☐ $10,000,001 - $50  million<br>☐ $50,000,001 - $100 million<br>☐ $100,000,001 - $500 million | ☐ $500,000,001 - $1 billion<br>☐ $1,000,000,001 - $10 billion<br>☐ $10,000,000,001 - $50 billion<br>☐ More than $50 billion |

| 16. | Estimated liabilities | | | |
|---|---|---|---|---|
| | | ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

Debtor    **HUGHES PRIVATE CAPITAL, INC.**

Case number (*if known*) _____

Name

☐  $50,001 - $100,000        ☐ $10,000,001 - $50  million        ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000        ☐ $50,000,001 - $100 million        ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million      ☐ $100,000,001 - $500 million       ☐ More than $50 billion

Debtor    **HUGHES PRIVATE CAPITAL, INC.**                                           Case number (*if known*) _____
                Name

| |
|---|
| **Request for Relief, Declaration, and Signatures** |

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **May 12, 2023**
                        MM / DD / YYYY

**X** **/s/ GREG HUGHES** _____        **GREG HUGHES** _____
        Signature of authorized representative of debtor                Printed name

Title    **PRESIDENT** _____

**18. Signature of attorney**

**X** **/s/ KEVIN A DARBY** _____        Date **May 12, 2023** _____
        Signature of attorney for debtor                                                MM / DD / YYYY

**KEVIN A DARBY 7670** _____
Printed name

**DARBY LAW PRACTICE** _____
Firm name

**499 W. PLUMB LANE, SUITE 202**
**Reno, NV 89509** _____
Number, Street, City, State & ZIP Code

Contact phone    **775.322.1237** _____        Email address    **kevin@darbylawpractice.com** _____

**7670 NV** _____
Bar number and State

Official Form 201            **Voluntary Petition for Non-Individuals Filing for Bankruptcy**            page 5

Debtor   **HUGHES PRIVATE CAPITAL, INC.**                                     Case number (*if known*) _____
                   Name

| Fill in this information to identify your case: |
|---|

United States Bankruptcy Court for the:

DISTRICT OF NEVADA

Case number (*if known*) _____        Chapter    **7**

☐ Check if this an
   amended filing

## FORM 201. VOLUNTARY PETITION

### Pending Bankruptcy Cases Attachment

| Debtor | **GUARDIAN FUND, LLC** | | | Relationship to you | **AFFILLIATE 11 U.S.C. 101(2)(D)** |
|---|---|---|---|---|---|
| District | **NEVADA** | When | **3/17/23** | Case number, if known | **23-50177-NMC** |
| Debtor | **GUARDIAN FUND, LLC** | | | Relationship to you | **AFFILLIATE 11 U.S.C. 101(2)(D)** |
| District | **DISTRICT OF NEVADA** | When | **4/11/23** | Case number, if known | **22-50233-NMC** |

Official Form 201          **Voluntary Petition for Non-Individuals Filing for Bankruptcy**          page 6

.

HUGHES PRIVATE CAPITAL, INC.
5440 LOUIE LANE
SUITE 106
RENO, NV 89511

KEVIN A DARBY
DARBY LAW PRACTICE
499 W. PLUMB LANE, SUITE 202
Reno, NV 89509

AGATHA LEE
1448 ALLANMERE
SAN RAMON, CA 94582

ALICE R. HEIMAN
5017 E. ALBUQUERQUE RD.
RENO, NV 89511

ANDRONICO FAMILY PARTNERHSIP, L.P.
C/O RICHARD D. WILLIAMSON, ESQ.
ROBERTSON, JOHNSON, MILLER & WILLIAMSON
50 W. LIBERTY, SUITE 600
RENO, NV 89501

BERG TREMAIN PROPERTIES, LLC
4525 SE 63RD AVENUE
PORTLAND, OR 97206

BRADLEY H. & REID JOHNSON
6219 S MORAN SRIVE
SPOKANE, WA 99223

CAMERON CRAIN
1026 C P Stewart Blvd. #152
Lebanon, TN 37087

CHRISTINE HAGOPIAN
1247 VIOLA AVE #9
GLENDALE, CA 91202

CLEMENT AND MARIAN SKIRPAN
112 DIVISION AVENUE
APT 1
Garfield, NJ 07026

COREY FOX
204 HOLLYOAH COURT
RENO, NV 89521

CORRIN THOMPSON KECK
1549 DELUCCI LANE, UNIT G
RENO, NV 89502

CRAIG AUSLAND
603 FIRST ST.
SUMAS, WA 98295

CRAIG M. AND KAY A. BRACH
1039 DOUGLAS AVE.
AURORA, IL 60505

DAVID F. AND BARBARA W. BROWN
1039 DOUGLAS AVE
MIDDLETON, NY 10940

DONALD R. GIBSON
1021 ROCKY BRANCH RD.
GREENSBORO, GA 30642

DYLAN TYBURSKI
603 SAN ANZA
SAN ANTONIO, TX 78260

EDMONDSON FAMILY TRUST
245 BONNIE BRIAR PLACE
RENO, NV 89509

EQUITY TRUST COMPANY CUSTODIAN
FBO CHRISTINE HAGOPIAN, IRA
1247 VIOLA AVE #9
GLENDALE, CA 91202

ERIC AND SARAH ANN YAMAGUCHI TRUST
412 OLIVE AVE #502
HUNINGTON BEACH, CA 92648

ERIC KUROWSKI
588 MARSH AVE.
RENO, NV 89509

F&J PROPERTIES, LLC
170 PEARL LANE
WILLISTON, SC 29853

FORGE TRUST CO
CFBO DONALD DAVIS IRA
401 E. 8TH STREET, SUITE 222
Sioux Falls, SD 57103

FORGE TRUST CO.
CFBO MARIA YVONNE MORALEZ IRA713560
401 E 8TH STREET, SUITE 222
SIOUX FALLS, SD 57103

FORGE TRUST CO.
CFBO RODOLFO MORALEZ IRA713640
401 E 8TH STREET, SUITE 222
SIOUX FALLS, SD 57103

FORGE TRUST CO. CFBO MARIA YVONEE MORALE
PO BOX 6850
San Mateo, CA 94403

FORGE TRYST CO. CFBO RODOLFO MORALEZ
PO BOX 6851
San Mateo, CA 94403

GREEN VALLEY ASSOCIATES, LLC
9010 GUE ROAD
DAMASCUS, MD 20872

GUARDIAN FUND, LLC
C/O STEPHEN R. HARRIS, ESQ.
850 E. PATRIOT BLVD.
SUITE F
RENO, NV 89511

HARRY JONES
PO BOX 97
Stratton, CO 80836

HORIZON TRUST FBO DONALD GIBSON IRA
1021 ROCKY BRANCH ROAD
GREENSBORO, GA 30642

J.K INVESTMENTS,LLC
100 CREEKSIDE TRAIL
SPICEWOOD, TX 78669

JACQUELINE BARBOZA
1358 SHADY KNOLL CT
LONGWOOD, FL 32750

JACQUELINE G. AND DONALD A. HANDLIN
15623 FAWN LANE
RENO, NV 89511

JAMES D. AND G. KAREN SCHINDLER
12844 ST PAUL CT
THORNTON, CO 80241

JAMES OR EVA SIXBERRY
5151 MILAGRO COURT
SPARKS, NV 89436

JESSE MOORE
12933 BIRCH DRIVE
THORNTON, CO 80241

JESUSA SERVIDA-GOROSPE & BERNARD GOROSPE
22623 CASS AVE
WOODLAND HILLS, CA 91364

```
JOHN AND LINDA COYLE
1928 10TH ST
SOUTH LAKE TAHOE, CA 96150

JOHN W. TERVEER, TRUSTEE
JOHN W. TERVEER LIVING TRUST
1379 BUZZYS RANCH ROAD
CARSON CITY, NV 89701

KATHY RODIN CADY &
DAVID RICHARD MATTSON LIVING TRUST
6015 WEST 119TH ST, APT 2319
LEAWOOD, KS 66209

KEVIN AND KELLY CALLAHAN
1901 WATT STREET
Reno, NV 89509

KEVIN TYBURSKI
4606 AMESBURY DR. #103
DALLAS, TX 75206

LAURA MARIE AND JASON ROBERT CETINA
2920 252ND AVE SE
SAMMANISH, WA 98075

LENORE GILBERT
1001 SE 15TH ST. UNIT 90
Bend, OR 97702

LYN ERICKSON MCPHAIL & JOHN R. MCPHAIL
10 TAYLOR STREET
Braintree, MA 02184

MARIA MORALEZ
14101 MADRIGAL DR.
Woodbridge, VA 22194

MARIN AND ALEX VOGT
1850 PUTNAM DRIVE
RENO, NV 89503

MARK & SUSAN KENNEDY
5840 SPRING VALLEY RD, SUITE 1703
BEN WHEELER, TX 75754

MICHAEL & DORIS RODRIGUEZ
4375 W ANDERSON ROAD
CLEVELAND, OH 44121

MICHAEL P. DELANEY
8701 TALON COURT
MCKINNEY, TX 75072
```

PEGGY ANN BILELLO
3021 SPRINGFIELD DRIVE
HOUMA, LA 70360

PRIM LYNN WALTERS
2631 WASHOE BELLE ST
SPARKS, NV 89436

QUEST TRUST COMPANY
FBO CAMERON CRAIN IRA #4295711
17171 PARK ROW, SUITE 100
HOUSTON, TX 77084

QUEST TRUST COMPANY
FBO PEGGY ANN BILELLO #4428711
17171 PARK ROW, SUITE 100
HOUSTON, TX 77084

QUEST TRUST COMPANY
FBO DARA GRIEGER IRA #2896611
17171 PARK ROW, SUITE 100
HOUSTON, TX 77084

QUEST TRUST COMPANY
FBO LENORE GILBERT IRA
17171 PARK ROW, SUITE 100
HOUSTON, TX 77084

RENEE D. ANDERSON
11251 FOREST HILLS DR
PARKER, CO 80138

RONALD DEAN THOMAS
845 ANDERSON COUNTY ROAD 2909
PALESTINE, TX 75803

SAM AND CAROL SMITH
39513 NE 21ST AVE
WOODLAND, WA 98674

SEAN FULLER
2530 FLATIRON ROAD
RENO, NV 89521

SEATRIS LIVING TRUST DATED 08/28/2013
831 CASMALIA WAY
SACRAMENTO, CA 95864

SHANE QUINN
3159 E CHIP SMITH WAY
ONTARIO, CA 91762

SHARON M. ALLEN
160 CEDAR HOLLOW
FORT MILL, SC 29715

SIERRA RUBY, LLC
20690 EATON ROAD
RENO, NV 89521

SILVER STATE STAR TRUST
823 N 2850 W
HURRICANE, UT 84737

SLATTENGREN FAMILY TRUST
2485 CHIPMUNK DRIVE
WASHOE VALLEY, NV 89704

SPECIALIZED TRUST COMPANY CUSTODIAN
FBO HARRISON JONES, IRA 103-409
6100 INDIAN SCHOOL ROAD NE SUITE 215
ANGEL FIRE, NM 87710

SUSAN J. TAYLOR. TRUSTEE
SUSAN J. TAYLOR REVOCABLE LIVING TRUST
32025 SW VILLAGE CREST LANE
Wilsonville, OR 97070

TERRY AND DOLLY ALEXANDER
824 GLEN MOLLY DR.
SPARKS, NV 89434

THE CLARY FAMILY TRUST
1602 CIRCLE DRIVE
RENO, NV 89509

THE JOHN MICHAEL LANTZ II LIVING TRUST
7003 OLD LANDING DRIVE
HANAHAN, SC 29410

THE JOHN OHM AND MARY LOU WALKER LIVING
PO BOX 11962
RENO, NV 89510

THE SQUIRES FAMILY TRUST
10942 W HAMPDEN PLACE
DENVER, CO 80227

THOMAS M. QUINN
3423 W. 228TH STREET
TORRANCE, CA 90505

TORI SANDOVAL
PO BOX 11962
RENO, NV 89521

TRACEE ONDRACEK
257 SW CHERRY PARK ROAD
TROUTDALE, OR 97060

WALTER DUVALL
100 E. PASSAIC AVE C-3
NUTLEY, NJ 07110

WARM, LLC
221 MIDVALE STREET
FARNHAM, VA 22460

WELLSPRING BIBLE CHURCH
10720 W. 63RD AVE.
ARVADA, CO 80004

WES FRIESEN
THE WES FRIESEN FAMILY TRUST
20 COLOMBARD WAY
Reno, NV 89512

WETMORE FAMILY TRUST
855 ARROWHEAD DRIVE
GARDNERVILLE, NV 89460

# United States Bankruptcy Court
## District of Nevada

In re    **HUGHES PRIVATE CAPITAL, INC.** _____ Case No. _____

_____ Debtor(s)    Chapter    **7** _____


### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)


Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for    **HUGHES PRIVATE CAPITAL, INC.**    in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:


■ None [*Check if applicable*]


**May 12, 2023** _____    **/s/ KEVIN A DARBY** _____

Date    **KEVIN A DARBY 7670**

Signature of Attorney or Litigant
Counsel for    **HUGHES PRIVATE CAPITAL, INC.** _____
**DARBY LAW PRACTICE**
**499 W. PLUMB LANE, SUITE 202**
**Reno, NV 89509**
**775.322.1237 Fax:775.996.7290**
**kevin@darbylawpractice.com**