**Fill in this information to identify the case:**

Debtor name    **HUGHES PRIVATE CAPITAL, INC.**

United States Bankruptcy Court for the:   DISTRICT OF NEVADA

Case number (if known)   **23-50322**

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■   *Schedule H: Codebtors* (Official Form 206H)
- ■   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐   Amended *Schedule*
- ■   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐   Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **May 24, 2023**      X **/s/ GREG HUGHES**
                                           Signature of individual signing on behalf of debtor

                                           **GREG HUGHES**
                                           Printed name

                                           **PRESIDENT**
                                           Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name **HUGHES PRIVATE CAPITAL, INC.**

United States Bankruptcy Court for the: DISTRICT OF NEVADA

Case number (if known) **23-50322**

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

| Part 1: | Summary of Assets |
|---|---|

1.   **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*.............................................................................................. $ **0.00**

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*............................................................................................ $ **1,107,250.00**

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*.............................................................................................. $ **1,107,250.00**

| Part 2: | Summary of Liabilities |
|---|---|

2.   **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*................................... $ **0.00**

3.   **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................................ $ **0.00**

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............................................... +$ **7,724,110.24**

4.   Total liabilities .................................................................................................
   Lines 2 + 3a + 3b                                                                            $ **7,724,110.24**

**Fill in this information to identify the case:**

Debtor name    **HUGHES PRIVATE CAPITAL, INC.**

United States Bankruptcy Court for the:    DISTRICT OF NEVADA

Case number (if known)    **23-50322**

☐ Check if this is an amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property                12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

**1. Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

3.    **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*
      Name of institution (bank or brokerage firm)            Type of account            Last 4 digits of account number

| 3.1. | **UMPQUA BANK** | **CHECKING** | **8174** | **$247,638.00** |
|---|---|---|---|---|

4.    **Other cash equivalents** *(Identify all)*

5.    **Total of Part 1.**
      Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| | $247,638.00 |
|---|---|

| Part 2: | Deposits and Prepayments |
|---|---|

**6. Does the debtor have any deposits or prepayments?**

■ No. Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
|---|---|

**10. Does the debtor have any accounts receivable?**

■ No. Go to Part 4.
☐ Yes Fill in the information below.

| Part 4: | Investments |
|---|---|

**13. Does the debtor own any investments?**

☐ No. Go to Part 5.

Debtor    **HUGHES PRIVATE CAPITAL, INC.**                        Case number *(If known)* **23-50322**
          Name

■ Yes Fill in the information below.

| | | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **14.** | **Mutual funds or publicly traded stocks not included in Part 1** <br> Name of fund or stock: | | |
| **15.** | **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture** <br> Name of entity: | % of ownership | |

| | Name of entity | % of ownership | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 15.1. | **EQUITY 1031, LLC** | **100** % | **Liquidation** | **$0.00** |
| 15.2. | **KRCH REALTY, LLC** | **100** % | **Liquidation** | **$0.00** |
| 15.3. | **12 BRIDGES, LLC** | **100** % | **Liquidation** | **$0.00** |
| 15.4. | **VERSAILLES BUFF, LLC - ENTITY OWNS VERSAILLES SPE, LLC, WHICH OWNS AN APARTMENT COMPLEX IN FERGUSON, MISSOURI - PROPERTY ONLY PARTIALLY OCCUPIED DUE TO NEEDED REPAIRS - DEBTOR'S INTEREST COULD BE WORTH AS MUCH AS $1,000,000 IF THE APARTMENT COMPLEX IS REPAIRED AND OCCUPANCY RATES MAXIMIZED** | **99** % | **Liquidation** | **$300,000.00** |
| 15.5. | **HUGHBERRY COMMON MEMBER, LLC** | **99** % | **Liquidation** | **$0.00** |
| 15.6. | **ASSURAVEST FUND, LLC** | **25.66** % | | **$0.00** |

| | | |
|---|---|---|
| **16.** | **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1** <br> Describe: | |
| **17.** | **Total of Part 4.** <br> Add lines 14 through 16. Copy the total to line 83. | **$300,000.00** |

**Part 5:**    **Inventory, excluding agriculture assets**

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.
■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19.** | **Raw materials** | | | |
| **20.** | **Work in progress** | | | |

Debtor    **HUGHES PRIVATE CAPITAL, INC.**          Case number *(If known)*  **23-50322**
_____Name_____

21.    **Finished goods, including goods held for resale**

22.    **Other inventory or supplies**
       **CLEANING, BATHROOM**
       **AND KITCHEN SUPPIES,**
       **INCLUDING BLEACH,**
       **HAND SANITIZER,**
       **PAPER TOWELS**
       **(KITCHEN AND**
       **BATHROOM), TOILET**
       **SEAT COVERS, TOILET**
       **PAPER, SWIFTERS,**
       **GARBAGE BAGS, HAND**
       **SOAP, DISH SOAP,**
       **COFFEE CUPS, DISHES,**
       **UNTENSILS, COFFEE**
       **FILTERS, WATER**
       **COOLERS AND BRITTA**
       **FILTER**                                                      $0.00                    $250.00

       **OFFICE SUPPLIES,**
       **INCLUDING: HANGING**
       **FILE FOLDERS, MANILA**
       **FILE FOLDERS, INK**
       **PENS, STAPLERS,**
       **STAPLES, STAPLE**
       **REMOVERS, SCOTCH**
       **TAPE, SCISSORS,**
       **PAPER CLIPS, BINDER**
       **CLIPS, ADHESIVE**
       **LABELS, SHARPIE**
       **HIGHLIGHTERS,**
       **DRY-ERASE MARKES,**
       **DRY-ERASE BOARD**
       **CLEANER, BINDING**
       **MACHINES WITH COILS**
       **AND COVERS, HOLE**
       **PUNCHES, PAPER**
       **CUTTERS, FILE**
       **ORGANIZERS**                                                 $0.00                    $500.00

23.    **Total of Part 5.**                                                      |  $750.00  |
       Add lines 19 through 22.  Copy the total to line 84.

24.    **Is any of the property listed in Part 5 perishable?**
       ■ No
       ☐ Yes

25.    **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
       ■ No
       ☐ Yes. Book value _____    Valuation method _____    Current Value _____

26.    **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

Debtor   **HUGHES PRIVATE CAPITAL, INC.**                    Case number *(If known)*  **23-50322**
Name

☑ No. Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.
☑ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39.** **Office furniture** | | | |
| OFFICE CHAIRS INCLUDING (1) 22 STATIONARY CHAIRS; (2) 16 STATIONARY STACKABLE CHAIRS; (3) 48 ROLLING OFFICE CHAIRS; (4) 6 BARSTOOLS | $0.00 | | $6,610.00 |
| 29 DESKS AND CUBICLES | $0.00 | | $34,800.00 |
| 10 OFFICE TABLES | $0.00 | | $1,500.00 |
| 46 FILING AND STORAGE CABINETS | $0.00 | | $2,300.00 |
| 8 BOOKSHELVES & ORGANIZERS | $0.00 | | $320.00 |
| **40.** **Office fixtures** | | | |
| **41.** **Office equipment, including all computer equipment and communication systems equipment and software** 39 WHITEBOARDS | $0.00 | | $975.00 |
| 45 DELL LAPTOP COMPUTERS WITH CORDS | $0.00 | Expert | $20,250.00 |
| 13 TABLET COMPUTERS INCLUDING: (1) 12 APPLE iPADS; AND (2) 1 SAMSUNG | $0.00 | Expert | $6,780.00 |
| 50 DELL DESKTOP COMPUTERS WITH OWER CORDS | $0.00 | Expert | $22,500.00 |
| 154 MONITORS FOR COMPUTERS - VARIOUS BRANDS - 147 USED AND 7 NEW IN BOX | $0.00 | N/A | $17,570.00 |
| 4 DELL OPTIPLEX MICROPROCESSORS | $0.00 | Expert | $2,100.00 |
| 6 PAPER SHREDDERS | $0.00 | | $220.00 |
| 3 REFRIDGERATORS | $0.00 | | $600.00 |

Debtor    **HUGHES PRIVATE CAPITAL, INC.**                    Case number *(If known)* **23-50322**
_____Name_____

| | | | |
|---|---|---|---|
| **4 COFFEE MACHINES** | $0.00 | | $400.00 |
| **4 MICROWAVES** | $0.00 | | $480.00 |
| **6 SPACEHEATERS/FANS** | $0.00 | | $420.00 |
| **MISCELLANEOUS COMPUTER ACCESSORIES, INCLUDING 85 KEYBOARDS, 67 MICE AND 10 MONITOR RISERS** | $0.00 | | $2,995.00 |
| **5 NEW IN BOX DELL DESKTOP COMPUTERS WITH KEYBOARD** | $0.00 | | $2,500.00 |
| **25 DESKTOP PHONES - YEALINK; IP-PHONE** | $0.00 | | $2,500.00 |
| **17 SAMSUNG CELL PHONES** | $0.00 | | $1,360.00 |
| **77 TELEPHONE HEADSETS** | $0.00 | | $15,400.00 |
| **BLUETOOTH RECEIVERS - TROTROIC5** | $0.00 | | $100.00 |
| **CONFERENCE ROOM TECHNOLOGY INCLUDING FACEBOOK PORTAS AND OWL LAB MEETINGS** | $0.00 | | $1,300.00 |
| **2 SONOS 5 SPEAKERS** | $0.00 | | $1,400.00 |
| **AUDIO VISUAL EQUIPMENT INCLUDING: (1) 1 EPSON PROJECTOR; (2) 1 CANNON VIVIQ CAMCORDER; (3) 1 CANON EOS 4000D CAMERA; (4) 12 WEBCAMS; (5) 1 MIXER - PROFX8V2; (6) 2 SGM-3500 MICROPHONES; (7) 1 AUDIO WORKSHIP INTERFACE; (8) 2 LIGHTS WITH STANDS; (9) 2 APUTURE LIGHTS; (10) XBOX** | $0.00 | | $4,380.00 |
| **TELEVISIONS INCLUDING: (1) 4 80" SAMSUNGS; (2) 4 40" VISIOS; (2) GENERAL** | $0.00 | | $2,600.00 |
| **7 PRINTERS INCLUDING: (1) 5 TABLETOP PRINTERS; AND (2) 2 CANON FLOOR PRINTERS** | $0.00 | | $1,400.00 |

42.   **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

| | | | |
|---|---|---|---|
| 42.1.   **73 PIECES OF WALL ART AND/OR FRAMES** | $0.00 | | $1,825.00 |

Debtor    **HUGHES PRIVATE CAPITAL, INC.**                     Case number *(If known)* **23-50322**
Name

43. **Total of Part 7.**
    Add lines 39 through 42.  Copy the total to line 86.

    **$155,585.00**

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
    ■ No
    ☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

| Part 8: | Machinery, equipment, and vehicles |

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

    ■ No.  Go to Part 9.
    ☐ Yes Fill in the information below.

| Part 9: | Real property |

54. **Does the debtor own or lease any real property?**

    ■ No.  Go to Part 10.
    ☐ Yes Fill in the information below.

| Part 10: | Intangibles and intellectual property |

59. **Does the debtor have any interests in intangibles or intellectual property?**

    ☐ No.  Go to Part 11.
    ■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** **26 TONER CARTRIDGES OF VARIOUS SIZES** | **$0.00** | | **$520.00** |

61. **Internet domain names and websites**

62. **Licenses, franchises, and royalties**

63. **Customer lists, mailing lists, or other compilations**

64. **Other intangibles, or intellectual property**

65. **Goodwill**

66. **Total of Part 10.**
    Add lines 60 through 65. Copy the total to line 89.

    **$520.00**

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
    ■ No
    ☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
    ■ No
    ☐ Yes

| Debtor | **HUGHES PRIVATE CAPITAL, INC.** | Case number *(If known)* **23-50322** |
| | Name | |

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
   ■ No
   ☐ Yes

**Part 11:    All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
   Include all interests in executory contracts and unexpired leases not previously reported on this form.

   ☐ No.  Go to Part 12.
   ■ Yes Fill in the information below.

| | | **Current value of debtor's interest** |
| --- | --- | --- |
| 71. | **Notes receivable**<br>Description (include name of obligor) | |
| 72. | **Tax refunds and unused net operating losses (NOLs)**<br>Description (for example, federal, state, local) | |
| 73. | **Interests in insurance policies or annuities** | |
| 74. | **Causes of action against third parties (whether or not a lawsuit has been filed)** | |
| 75. | **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims** | |
| 76. | **Trusts, equitable or future interests in property** | |
| 77. | **Other property of any kind not already listed** *Examples:* Season tickets, country club membership<br>**CLAIM FOR REIMBURSEMENT OF PAYING PAYROLL, CREDIT CARDS, RENT AND OTHER G&A PAID FOR 12B RESIDENTIAL** | **$401,382.00** |
| | **56 BOOKS, INCLUDING: (1) 23 HARDCOVER COPIES OF SERVANT LEADERSHIP IN ACTION; (2) 27 HARDCOVER COPIES OF WHAT THE HECK IS EOS?; AND (3) 6 COPIES OF GETTTING THE BAND BACK TOGETHER** | **$280.00** |
| | **MICELLANEOUS OFFICE ITEMS INCLUDING: (1) 1 FOOSBALL TABLE; (2) 3 LEGO NINJAGOS; (3) 12 DOOR KNOBS; (4) 3 ELECTRONIC LOCKS; (5) 1 SHARK VACUUM; (6) 2 STANDLING LAMPS; (7) 1 TABLE LAMP** | **$1,095.00** |

78. **Total of Part 11.**

   Add lines 71 through 77. Copy the total to line 90.

   | **$402,757.00** |
   | --- |

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
   ■ No
   ☐ Yes

Debtor    **HUGHES PRIVATE CAPITAL, INC.**
_____
Name

Case number *(If known)* **23-50322**
_____

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $247,638.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $300,000.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $750.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $155,585.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9*.......................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $520.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $402,757.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $1,107,250.00 | + 91b.  $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $1,107,250.00 |

**Fill in this information to identify the case:**

Debtor name    **HUGHES PRIVATE CAPITAL, INC.**

United States Bankruptcy Court for the:    DISTRICT OF NEVADA

Case number (if known)    **23-50322**

☐ Check if this is an
amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                    12/15

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**

■ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

**Fill in this information to identify the case:**

Debtor name **HUGHES PRIVATE CAPITAL, INC.**

United States Bankruptcy Court for the: **DISTRICT OF NEVADA**

Case number (if known) **23-50322**

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:    List All Creditors with PRIORITY Unsecured Claims**

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

    ■ No. Go to Part 2.

    ☐ Yes. Go to line 2.

**Part 2:    List All Creditors with NONPRIORITY Unsecured Claims**

3.  List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|
| 3.1 | **Nonpriority creditor's name and mailing address**<br>**AGATHA LEE**<br>**1448 ALLANMERE**<br>**SAN RAMON, CA 94582**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  UNSECURED LOAN<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$50,000.00** |
| 3.2 | **Nonpriority creditor's name and mailing address**<br>**ALICE R. HEIMAN**<br>**5017 E. ALBUQUERQUE RD.**<br>**RENO, NV 89511**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  UNSECURED LOAN<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$28,339.53** |
| 3.3 | **Nonpriority creditor's name and mailing address**<br>**ANDRONICO FAMILY PARTNERHSIP, L.P.**<br>**C/O RICHARD D. WILLIAMSON, ESQ.**<br>**ROBERTSON, JOHNSON, MILLER &**<br>**WILLIAMSON**<br>**50 W. LIBERTY, SUITE 600**<br>**RENO, NV 89501**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>■ Disputed<br><br>Basis for the claim:  BREACH OF CONTRACT AND OTHER CLAIMS<br><br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.4 | **Nonpriority creditor's name and mailing address**<br>**CAPITOL ONE**<br>**PO BOX 30825**<br>**Salt Lake City, UT 84130**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  CREDIT CARD CHARGES<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$4,200.00** |

| Debtor | **HUGHES PRIVATE CAPITAL, INC.** | Case number (if known) | **23-50322** |
|---|---|---|---|
| | Name | | |

---

**3.5** | Nonpriority creditor's name and mailing address

**CHRISTINE HAGOPIAN**
**1247 VIOLA AVE #9**
**GLENDALE, CA 91202**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **UNSECURED LOAN**

Is the claim subject to offset? ☒ No ☐ Yes

**$72,200.00**

---

**3.6** | Nonpriority creditor's name and mailing address

**COREY FOX**
**204 HOLLYOAH COURT**
**RENO, NV 89521**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **UNSECURED LOAN**

Is the claim subject to offset? ☒ No ☐ Yes

**$233,650.00**

---

**3.7** | Nonpriority creditor's name and mailing address

**CORRIN THOMPSON KECK**
**1549 DELUCCI LANE, UNIT G**
**RENO, NV 89502**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **UNSECURED LOAN**

Is the claim subject to offset? ☒ No ☐ Yes

**$67,807.78**

---

**3.8** | Nonpriority creditor's name and mailing address

**CRAIG AUSLAND**
**603 FIRST ST.**
**SUMAS, WA 98295**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **UNSECURED LOAN**

Is the claim subject to offset? ☒ No ☐ Yes

**$50,000.00**

---

**3.9** | Nonpriority creditor's name and mailing address

**CRAIG M. AND KAY A. BRACH**
**1039 DOUGLAS AVE.**
**AURORA, IL 60505**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **UNSECURED LOAN**

Is the claim subject to offset? ☒ No ☐ Yes

**$130,977.78**

---

**3.10** | Nonpriority creditor's name and mailing address

**DAVID F. AND BARBARA W. BROWN**
**1039 DOUGLAS AVE**
**MIDDLETON, NY 10940**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **UNSECURED LOAN**

Is the claim subject to offset? ☒ No ☐ Yes

**$194,327.78**

---

**3.11** | Nonpriority creditor's name and mailing address

**DONALD R. GIBSON**
**1021 ROCKY BRANCH RD.**
**GREENSBORO, GA 30642**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **UNSECURED LOAN**

Is the claim subject to offset? ☒ No ☐ Yes

**$26,592.00**

---

| Debtor | **HUGHES PRIVATE CAPITAL, INC.** | Case number (if known) | **23-50322** |
|---|---|---|---|
| | Name | | |

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $13,453.33 |
|---|---|---|---|

**DYLAN TYBURSKI**
**603 SAN ANZA**
**SAN ANTONIO, TX 78260**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **UNSECURED LOAN**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $100,000.00 |
|---|---|---|---|

**EDMONDSON FAMILY TRUST**
**245 BONNIE BRIAR PLACE**
**RENO, NV 89509**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **UNSECURED LOAN**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $22,800.00 |
|---|---|---|---|

**EQUITY TRUST COMPANY CUSTODIAN**
**FBO CHRISTINE HAGOPIAN, IRA**
**1247 VIOLA AVE #9**
**GLENDALE, CA 91202**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **UNSECURED LOAN**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $209,911.11 |
|---|---|---|---|

**ERIC AND SARAH ANN YAMAGUCHI TRUST**
**412 OLIVE AVE #502**
**HUNINGTON BEACH, CA 92648**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **UNSECURED LOAN**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $74,040.00 |
|---|---|---|---|

**ERIC KUROWSKI**
**588 MARSH AVE.**
**RENO, NV 89509**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **UNSECURED LOAN**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $67,500.00 |
|---|---|---|---|

**ERIC KUROWSKI**
**588 MARSH AVE.**
**RENO, NV 89509**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **UNSECURED LOAN**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $32,542.90 |
|---|---|---|---|

**FORGE TRUST CO**
**CFBO DONALD DAVIS IRA**
**401 E. 8TH STREET, SUITE 222**
**Sioux Falls, SD 57103**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **UNSECURED LOAN**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **HUGHES PRIVATE CAPITAL, INC.** | Case number (if known) | **23-50322** |
|---|---|---|---|
| | Name | | |

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$7,048.22** |
|---|---|---|---|

**FORGE TRUST CO.**
**CFBO MARIA YVONNE MORALEZ**
**IRA713560**
**401 E 8TH STREET, SUITE 222**
**SIOUX FALLS, SD 57103**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  UNSECURED LOAN 

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$6,041.33** |
|---|---|---|---|

**FORGE TRUST CO.**
**CFBO RODOLFO MORALEZ IRA713640**
**401 E 8TH STREET, SUITE 222**
**SIOUX FALLS, SD 57103**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  UNSECURED LOAN 

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$50,000.00** |
|---|---|---|---|

**GREEN VALLEY ASSOCIATES, LLC**
**9010 GUE ROAD**
**DAMASCUS, MD 20872**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  UNSECURED LOAN 

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**GUARDIAN FUND, LLC**
**C/O STEPHEN R. HARRIS, ESQ.**
**850 E. PATRIOT BLVD.**
**SUITE F**
**RENO, NV 89511**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  POTENTIAL UNKNOWN CLAIMS ARISING OUT OF DEBTOR'S MANAGEMENT OF GUARDIAN FUND, LLC 

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$46,237.33** |
|---|---|---|---|

**HORIZON TRUST FBO DONALD GIBSON**
**IRA**
**1021 ROCKY BRANCH ROAD**
**GREENSBORO, GA 30642**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  UNSECURED LOAN 

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$25,594.44** |
|---|---|---|---|

**JACQUELINE BARBOZA**
**1358 SHADY KNOLL CT**
**LONGWOOD, FL 32750**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  UNSECURED LOAN 

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$104,711.11** |
|---|---|---|---|

**JACQUELINE G. AND DONALD A. HANDLIN**
**15623 FAWN LANE**
**RENO, NV 89511**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  UNSECURED LOAN 

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **HUGHES PRIVATE CAPITAL, INC.** | Case number (if known) | **23-50322** |
|---|---|---|---|
| | Name | | |

---

**3.26** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$100,000.00**

**JACQUELINE G. AND DONALD A. HANDLIN**
**15623 FAWN LANE**
**RENO, NV 89511**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **UNSECURED LOAN**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.27** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$300,000.00**

**JAMES D. AND G. KAREN SCHINDLER**
**12844 ST PAUL CT**
**THORNTON, CO 80241**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **UNSECURED LOAN**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.28** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$77,182.41**

**JAMES OR EVA SIXBERRY**
**5151 MILAGRO COURT**
**SPARKS, NV 89436**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **UNSECURED LOAN**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.29** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$25,000.00**

**JESSE MOORE**
**12933 BIRCH DRIVE**
**THORNTON, CO 80241**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **UNSECURED LOAN**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.30** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$50,000.00**

**JESUSA SERVIDA-GOROSPE & BERNARD**
**GOROSPE**
**22623 CASS AVE**
**WOODLAND HILLS, CA 91364**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **UNSECURED LOAN**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.31** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$100,000.00**

**JOHN AND LINDA COYLE**
**1928 10TH ST**
**SOUTH LAKE TAHOE, CA 96150**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **UNSECURED LOAN**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.32** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$275,311.11**

**JOHN W. TERVEER, TRUSTEE**
**JOHN W. TERVEER LIVING TRUST**
**1379 BUZZYS RANCH ROAD**
**CARSON CITY, NV 89701**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **UNSECURED LOAN**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **HUGHES PRIVATE CAPITAL, INC.** | Case number (if known) | **23-50322** |
|---|---|---|---|
| | Name | | |

| 3.33 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$100,000.00** |
|---|---|---|---|
| | **KATHY RODIN CADY &** | ☐ Contingent | |
| | **DAVID RICHARD MATTSON LIVING TRUST** | ☐ Unliquidated | |
| | **6015 WEST 119TH ST, APT 2319** | ☐ Disputed | |
| | **LEAWOOD, KS 66209** | | |
| | Date(s) debt was incurred _ | **Basis for the claim:** UNSECURED LOAN | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.34 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$81,383.33** |
|---|---|---|---|
| | **KEVIN AND KELLY CALLAHAN** | ☐ Contingent | |
| | **1901 WATT STREET** | ☐ Unliquidated | |
| | **Reno, NV 89509** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** UNSECURED LOAN | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.35 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$10,084.67** |
|---|---|---|---|
| | **KEVIN TYBURSKI** | ☐ Contingent | |
| | **4606 AMESBURY DR. #103** | ☐ Unliquidated | |
| | **DALLAS, TX 75206** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** UNSECURED LOAN | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.36 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$455,000.00** |
|---|---|---|---|
| | **LAURA MARIE AND JASON ROBERT** | ☐ Contingent | |
| | **CETINA** | ☐ Unliquidated | |
| | **2920 252ND AVE SE** | ☐ Disputed | |
| | **SAMMANISH, WA 98075** | | |
| | Date(s) debt was incurred _ | **Basis for the claim:** UNSECURED LOAN | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.37 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$114,030.98** |
|---|---|---|---|
| | **MARIN AND ALEX VOGT** | ☐ Contingent | |
| | **1850 PUTNAM DRIVE** | ☐ Unliquidated | |
| | **RENO, NV 89503** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** UNSECURED LOAN | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.38 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$147,824.44** |
|---|---|---|---|
| | **MARK & SUSAN KENNEDY** | ☐ Contingent | |
| | **5840 SPRING VALLEY RD, SUITE 1703** | ☐ Unliquidated | |
| | **BEN WHEELER, TX 75754** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** UNSECURED LOAN | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.39 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$150,000.00** |
|---|---|---|---|
| | **MICHAEL & DORIS RODRIGUEZ** | ☐ Contingent | |
| | **4375 W ANDERSON ROAD** | ☐ Unliquidated | |
| | **CLEVELAND, OH 44121** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** UNSECURED LOAN | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **HUGHES PRIVATE CAPITAL, INC.** | Case number (if known) | **23-50322** |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 3.40 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$217,319.58** |
| | **MICHAEL P. DELANEY** | ☐ Contingent | |
| | **8701 TALON COURT** | ☐ Unliquidated | |
| | **MCKINNEY, TX 75072** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** __UNSECURED LOAN__ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.41 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$69,160.00** |
| | **PEGGY ANN BILELLO** | ☐ Contingent | |
| | **3021 SPRINGFIELD DRIVE** | ☐ Unliquidated | |
| | **HOUMA, LA 70360** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** __UNSECURED LOAN__ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.42 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$81,653.33** |
| | **PRIM LYNN WALTERS** | ■ Contingent | |
| | **2631 WASHOE BELLE ST** | ■ Unliquidated | |
| | **SPARKS, NV 89436** | ■ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** __UNSECURED LOAN__ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.43 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$27,900.00** |
| | **QUEST TRUST COMPANY** | ☐ Contingent | |
| | **FBO CAMERON CRAIN IRA #4295711** | ☐ Unliquidated | |
| | **17171 PARK ROW, SUITE 100** | ☐ Disputed | |
| | **HOUSTON, TX 77084** | | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** __UNSECURED LOAN__ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.44 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$166,203.46** |
| | **QUEST TRUST COMPANY** | ☐ Contingent | |
| | **FBO PEGGY ANN BILELLO #4428711** | ☐ Unliquidated | |
| | **17171 PARK ROW, SUITE 100** | ☐ Disputed | |
| | **HOUSTON, TX 77084** | | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** __UNSECURED LOAN__ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.45 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$63,322.45** |
| | **QUEST TRUST COMPANY** | ☐ Contingent | |
| | **FBO DARA GRIEGER IRA #2896611** | ☐ Unliquidated | |
| | **17171 PARK ROW, SUITE 100** | ☐ Disputed | |
| | **HOUSTON, TX 77084** | | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** __UNSECURED LOAN__ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.46 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$125,000.00** |
| | **QUEST TRUST COMPANY** | ☐ Contingent | |
| | **FBO LENORE GILBERT IRA** | ☐ Unliquidated | |
| | **17171 PARK ROW, SUITE 100** | ☐ Disputed | |
| | **HOUSTON, TX 77084** | | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** __UNSECURED LOAN__ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **HUGHES PRIVATE CAPITAL, INC.** | Case number *(if known)* | **23-50322** |
|--------|----------------------------------|--------------------------|--------------|
| | Name | | |

---

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$247,911.03** |
|------|------------------------------------------------|--------------------------------------------------------------------|-----------------|

**RENEE D. ANDERSON**
**11251 FOREST HILLS DR**
**PARKER, CO 80138**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __UNSECURED LOAN__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$26,216.67** |
|------|------------------------------------------------|--------------------------------------------------------------------|-----------------|

**RONALD DEAN THOMAS**
**845 ANDERSON COUNTY ROAD 2909**
**PALESTINE, TX 75803**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __UNSECURED LOAN__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$52,050.87** |
|------|------------------------------------------------|--------------------------------------------------------------------|-----------------|

**SEAN FULLER**
**2530 FLATIRON ROAD**
**RENO, NV 89521**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __UNSECURED LOAN__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$50,000.00** |
|------|------------------------------------------------|--------------------------------------------------------------------|-----------------|

**SEATRIS LIVING TRUST DATED 08/28/2013**
**831 CASMALIA WAY**
**SACRAMENTO, CA 95864**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __UNSECURED LOAN__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$101,000.00** |
|------|------------------------------------------------|--------------------------------------------------------------------|-----------------|

**SHANE QUINN**
**3159 E CHIP SMITH WAY**
**ONTARIO, CA 91762**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __UNSECURED LOAN__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$250,000.00** |
|------|------------------------------------------------|--------------------------------------------------------------------|-----------------|

**SHARON M. ALLEN**
**160 CEDAR HOLLOW**
**FORT MILL, SC 29715**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __UNSECURED LOAN__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$570.16** |
|------|------------------------------------------------|--------------------------------------------------------------------|-----------------|

**SIERRA COMPUTER GROUP**
**1900 VASSAR STREET**
**RENO, NV 89502**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __MICROSOFT OFFICE 365__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **HUGHES PRIVATE CAPITAL, INC.**
_____
Name                                            Case number *(if known)*    **23-50322**

| | | |
|---|---|---|
| **3.54** | **Nonpriority creditor's name and mailing address**<br>**SIERRA RUBY, LLC**<br>**20690 EATON ROAD**<br>**RENO, NV 89521**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **UNSECURED LOAN**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$400,000.00** |
| **3.55** | **Nonpriority creditor's name and mailing address**<br>**SILVER STATE STAR TRUST**<br>**823 N 2850 W**<br>**HURRICANE, UT 84737**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **UNSECURED LOAN**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$31,808.89** |
| **3.56** | **Nonpriority creditor's name and mailing address**<br>**SPECIALIZED TRUST COMPANY**<br>**CUSTODIAN**<br>**FBO HARRISON JONES, IRA 103-409**<br>**6100 INDIAN SCHOOL ROAD NE SUITE 215**<br>**ANGEL FIRE, NM 87710**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **UNSECURED LOAN**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$42,320.00** |
| **3.57** | **Nonpriority creditor's name and mailing address**<br>**SUSAN J. TAYLOR. TRUSTEE**<br>**SUSAN J. TAYLOR REVOCABLE LIVING**<br>**TRUST**<br>**32025 SW VILLAGE CREST LANE**<br>**Wilsonville, OR 97070**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **UNSECURED LOAN**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$100,000.00** |
| **3.58** | **Nonpriority creditor's name and mailing address**<br>**TERRY AND DOLLY ALEXANDER**<br>**824 GLEN MOLLY DR.**<br>**SPARKS, NV 89434**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **UNSECURED LOAN**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$150,000.00** |
| **3.59** | **Nonpriority creditor's name and mailing address**<br>**THE CLARY FAMILY TRUST**<br>**1602 CIRCLE DRIVE**<br>**RENO, NV 89509**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **UNSECURED LOAN**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$750,000.00** |
| **3.60** | **Nonpriority creditor's name and mailing address**<br>**THE JOHN OHM AND MARY LOU WALKER**<br>**LIVING**<br>**PO BOX 11962**<br>**RENO, NV 89510**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **UNSECURED LOAN**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **Unknown** |

Debtor   **HUGHES PRIVATE CAPITAL, INC.**                          Case number *(if known)*   **23-50322**
_____Name_____

| | |
|---|---|

**3.61** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$100,000.00**

**THOMAS M. QUINN**
**3423 W. 228TH STREET**
**TORRANCE, CA 90505**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __UNSECURED LOAN__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.62** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$26,133.33**

**TORI SANDOVAL**
**PO BOX 11962**
**RENO, NV 89521**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __UNSECURED LOAN__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.63** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$80,000.00**

**TRACEE ONDRACEK**
**257 SW CHERRY PARK ROAD**
**TROUTDALE, OR 97060**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __UNSECURED LOAN__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.64** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$150,000.00**

**WALTER DUVALL**
**832 TIMBER RIDGE CT**
**NEPTUNE, NJ 07753**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __UNSECURED LOAN__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.65** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$400,000.00**

**WARM, LLC**
**221 MIDVALE STREET**
**FARNHAM, VA 22460**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __UNSECURED LOAN__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.66** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$300,000.00**

**WELLSPRING BIBLE CHURCH**
**10720 W. 63RD AVE.**
**ARVADA, CO 80004**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __UNSECURED LOAN__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.67** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$25,000.00**

**WES FRIESEN**
**THE WES FRIESEN FAMILY TRUST**
**20 COLOMBARD WAY**
**Reno, NV 89512**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __MONEY LOANED__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **HUGHES PRIVATE CAPITAL, INC.** | Case number (if known) | **23-50322** |
|---|---|---|---|
| | Name | | |

| 3.68 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$86,748.89** |
|---|---|---|---|

**WETMORE FAMILY TRUST**
**855 ARROWHEAD DRIVE**
**GARDNERVILLE, NV 89460**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **UNSECURED LOAN**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **CAMERON CRAIN**<br>**1026 C P Stewart Blvd. #152**<br>**Lebanon, TN 37087** | Line **3.43**<br>☐ Not listed. Explain ____ | _ |
| 4.2 | **FORGE TRUST CO. CFBO MARIA YVONEE MORALE**<br>**PO BOX 6850**<br>**San Mateo, CA 94403** | Line **3.19**<br>☐ Not listed. Explain ____ | _ |
| 4.3 | **FORGE TRYST CO. CFBO RODOLFO MORALEZ**<br>**PO BOX 6851**<br>**San Mateo, CA 94403** | Line **3.20**<br>☐ Not listed. Explain ____ | _ |
| 4.4 | **HARRY JONES**<br>**PO BOX 97**<br>**Stratton, CO 80836** | Line **3.56**<br>☐ Not listed. Explain ____ | _ |
| 4.5 | **LENORE GILBERT**<br>**1001 SE 15TH ST. UNIT 90**<br>**Bend, OR 97702** | Line **3.46**<br>☐ Not listed. Explain ____ | _ |
| 4.6 | **MARIA MORALEZ**<br>**14101 MADRIGAL DR.**<br>**Woodbridge, VA 22194** | Line **3.19**<br>☐ Not listed. Explain ____ | _ |
| 4.7 | **MARIA MORALEZ**<br>**14101 MADRIGAL DR.**<br>**Woodbridge, VA 22194** | Line **3.20**<br>☐ Not listed. Explain ____ | _ |

---

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ | 0.00 |
| **5b. Total claims from Part 2** | 5b. + | $ | 7,724,110.24 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ | 7,724,110.24 |

**Fill in this information to identify the case:**

Debtor name   **HUGHES PRIVATE CAPITAL, INC.**

United States Bankruptcy Court for the:   DISTRICT OF NEVADA

Case number (if known)   **23-50322**

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.   **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*    *Property*
    (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| 2.1.   State what the contract or lease is for and the nature of the debtor's interest    **CRM SERVICES**<br><br>State the term remaining<br><br>List the contract number of any government contract | **APPFOLIO**<br>**70 CASTILIAN DRIVE**<br>**GOLETA, CA 93117** |
| 2.2.   State what the contract or lease is for and the nature of the debtor's interest    **OFFICE PHONES**<br><br>State the term remaining    **UNKNOWN**<br><br>List the contract number of any government contract | **AT&T - OFFICE @ HAND**<br>**5250 S. VIRGINIA STREET**<br>**RENO, NV 89502** |
| 2.3.   State what the contract or lease is for and the nature of the debtor's interest    **CELL PHONES**<br><br>State the term remaining    **VARIES**<br><br>List the contract number of any government contract | **AT&T MOBILITY**<br>**PO BOX 6463**<br>**CAROL STREAM, IL 60197** |
| 2.4.   State what the contract or lease is for and the nature of the debtor's interest    **LEASE OF REAL PROPERTY TO HUGHES PRIVATE CAPITAL, INC.**<br>State the term remaining    **5 MONTHS**<br><br>List the contract number of any government contract | **BERG TREMAIN PROPERTIES, LLC**<br>**4525 SE 63RD AVENUE**<br>**PORTLAND, OR 97206** |

Debtor 1    **HUGHES PRIVATE CAPITAL, INC.**                                    Case number *(if known)*    **23-50322**
First Name            Middle Name            Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **EMPLOYEE HIRING SERVICE** | |
|---|---|---|---|
| | State the term remaining | **THROUGH 9/30/2023** | **BETTER TALENT** |
| | List the contract number of any government contract | | **6750 N ANDREWS AVE** **FORT LAUDERDALE, FL 33309** |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **CLOUD STORAGE** | |
|---|---|---|---|
| | State the term remaining | **THROUGH 2/15/2024** | **BOX** |
| | List the contract number of any government contract | | **900 JEFFERSON AVE** **REDWOOD CITY, CA 94063** |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | **LEASE OF REAL PROPERTY TO HUGHES PRIVATE CAPITAL, INC.** | |
|---|---|---|---|
| | State the term remaining | **6 MONTHS** | **BRADLEY H. & REID JOHNSON** |
| | List the contract number of any government contract | | **6219 S MORAN SRIVE** **SPOKANE, WA 99223** |

| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | **LEASE OF REAL PROPERTY TO HUGHES PRIVATE CAPITAL, INC.** | |
|---|---|---|---|
| | State the term remaining | **5 MONTHS** | **CLEMENT AND MARIAN SKIRPAN** |
| | List the contract number of any government contract | | **112 DIVISION AVENUE** **APT 1** **Garfield, NJ 07026** |

| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | **CLOUD STORAGE** | |
|---|---|---|---|
| | State the term remaining | | **DROPBOX** |
| | List the contract number of any government contract | | **1800 OWENS STREET** **SAN FRANCISCO, CA 94107** |

Debtor 1    **HUGHES PRIVATE CAPITAL, INC.**
　　　　　First Name　　　　　Middle Name　　　　　Last Name

Case number (*if known*)    **23-50322**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.10.　State what the contract or lease is for and the nature of the debtor's interest<br><br>　　　State the term remaining<br><br>　List the contract number of any government contract | **LEASE OF REAL PROPERTY TO HUGHES PRIVATE CAPITAL, INC.**<br>**7 MONTHS** |
| 2.11.　State what the contract or lease is for and the nature of the debtor's interest<br><br>　　　State the term remaining<br><br>　List the contract number of any government contract | **SOFTWARE** |
| 2.12.　State what the contract or lease is for and the nature of the debtor's interest<br><br>　　　State the term remaining<br><br>　List the contract number of any government contract | **LEASE OF REAL PROPERTY TO HUGHES PRIVATE CAPITAL, INC.**<br>**5 MONTHS** |
| 2.13.　State what the contract or lease is for and the nature of the debtor's interest<br><br>　　　State the term remaining<br><br>　List the contract number of any government contract | **SPANING BACKUP SERVICE**<br><br>**5 MONTHS** |
| 2.14.　State what the contract or lease is for and the nature of the debtor's interest<br><br>　　　State the term remaining<br><br>　List the contract number of any government contract | **LEASE OF REAL PROPERTY TO HUGHES PRIVATE CAPITAL, INC.**<br>**6 MONTHS** |

For the second column (names and addresses), aligned with each entry:

2.10.
**F&J PROPERTIES, LLC**
**170 PEARL LANE**
**WILLISTON, SC 29853**

2.11.
**HOUSE CANARY**
**535 MISSION STREET**
**14TH FLOOR**
**OFFICE 1920**
**SAN FRANCISCO, CA 94105**

2.12.
**J.K INVESTMENTS,LLC**
**100 CREEKSIDE TRAIL**
**SPICEWOOD, TX 78669**

2.13.
**KASEYA.COM**
**701 BICKELL AVE SUITE 400**
**MIAMI, FL 33131**

2.14.
**LYN ERICKSON MCPHAIL & JOHN R. MCPHAIL**
**10 TAYLOR STREET**
**Braintree, MA 02184**

Debtor 1    **HUGHES PRIVATE CAPITAL, INC.**                                     Case number (*if known*)    **23-50322**
_____
First Name            Middle Name            Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.15.**   State what the contract or lease is for and the nature of the debtor's interest

**INDIA CONSULTANTS**

State the term remaining   **EXPIRED**

List the contract number of any government contract

**NEAL ANALYTICS**
**11911 NE 1ST STREET #206**
**BELLEVUE, WA 98005**

---

**2.16.**   State what the contract or lease is for and the nature of the debtor's interest

**NETSUITE SOFTWARE**

State the term remaining   **THROUGH 12/16/2023**

List the contract number of any government contract

**ORACLE**
**1620 26TH STREET**
**FLOOR 2**
**SANTA MONICA, CA 90404**

---

**2.17.**   State what the contract or lease is for and the nature of the debtor's interest

**SALESFORCE CONSULTANTS**

State the term remaining   **THROUGH 9/30/2023**

List the contract number of any government contract

**REVCULT**
**520 BROADWAY SUITE 3008**
**SANTA MONICA, CA 90401**

---

**2.18.**   State what the contract or lease is for and the nature of the debtor's interest

**SOFTWARE**

State the term remaining   **THROUGH 11/30/2024**

List the contract number of any government contract

**SALESFORCE**
**415 MISSION STREET**
**3RD FLOOR**
**SAN FRANCISCO, CA 94105**

---

**2.19.**   State what the contract or lease is for and the nature of the debtor's interest

**LEASE OF REAL PROPERTY TO HUGHES PRIVATE CAPITAL, INC.**

State the term remaining   **4 MONTHS**

List the contract number of any government contract

**SAM AND CAROL SMITH**
**39513 NE 21ST AVE**
**WOODLAND, WA 98674**

---

Debtor 1   **HUGHES PRIVATE CAPITAL, INC.**                                      Case number *(if known)*   **23-50322**
　　　　　　First Name　　　　　Middle Name　　　　　Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.20. | State what the contract or lease is for and the nature of the debtor's interest | **MICROSOFT 360** | |
|---|---|---|---|
| | State the term remaining | **THROUGH 11/30/23** | **SIERRA COMPUTER GROUP/HIGHLY RELIABLE**<br>**1900 VASSAR STREET**<br>**RENO, NV 89502** |
| | List the contract number of any government contract | | |

| 2.21. | State what the contract or lease is for and the nature of the debtor's interest | **LEASE OF REAL PROPERTY TO HUGHES PRIVATE CAPITAL, INC.** | |
|---|---|---|---|
| | State the term remaining | **7 MONTHS** | **SLATTENGREN FAMILY TRUST**<br>**2485 CHIPMUNK DRIVE**<br>**WASHOE VALLEY, NV 89704** |
| | List the contract number of any government contract | | |

| 2.22. | State what the contract or lease is for and the nature of the debtor's interest | **5440 LOUIE LANE - SUITE 104** | |
|---|---|---|---|
| | State the term remaining | **22 MONTHS** | **SOLID GROUND INVESTMENTS, INC.**<br>**13420 STONELAND CT.**<br>**RENO, NV 89511** |
| | List the contract number of any government contract | | |

| 2.23. | State what the contract or lease is for and the nature of the debtor's interest | **5440 LOUIE LANE - SUITE 102 AND 106** | |
|---|---|---|---|
| | State the term remaining | **MONTH TO MONTH** | **SOLID GROUND INVESTMENTS, INC.**<br>**13420 STONELAND CT.**<br>**RENO, NV 89511** |
| | List the contract number of any government contract | | |

| 2.24. | State what the contract or lease is for and the nature of the debtor's interest | **5440 LOUIE LANE - SUITE 108** | |
|---|---|---|---|
| | State the term remaining | **MONTH TO MONTH** | **SOLID GROUND INVESTMENTS, INC.**<br>**13420 STONELAND CT.**<br>**RENO, NV 89511** |
| | List the contract number of any government contract | | |

Debtor 1  **HUGHES PRIVATE CAPITAL, INC.**  Case number (*if known*)  **23-50322**
First Name        Middle Name        Last Name



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.25. | State what the contract or lease is for and the nature of the debtor's interest | **LEASE OF REAL PROPERTY TO HUGHES PRIVATE CAPITAL, INC.** | |
|---|---|---|---|
| | State the term remaining | **6 MONTHS** | |
| | List the contract number of any government contract | | **THE JOHN MICHAEL LANTZ II LIVING TRUST**<br>**7003 OLD LANDING DRIVE**<br>**HANAHAN, SC 29410** |

| 2.26. | State what the contract or lease is for and the nature of the debtor's interest | **LEASE OF REAL PROPERTY TO HUGHES PRIVATE CAPITAL, INC.** | |
|---|---|---|---|
| | State the term remaining | **5 MONTHS** | |
| | List the contract number of any government contract | | **THE SQUIRES FAMILY TRUST**<br>**10942 W HAMPDEN PLACE**<br>**DENVER, CO 80227** |

**Fill in this information to identify the case:**

Debtor name  **HUGHES PRIVATE CAPITAL, INC.**

United States Bankruptcy Court for the:   DISTRICT OF NEVADA

Case number (if known)   **23-50322**

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

■ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☐ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 _____ | _____ Street | _____ | ☐ D ☐ E/F ☐ G |
| | _____ City     State    Zip Code | | |
| 2.2 _____ | _____ Street | _____ | ☐ D ☐ E/F ☐ G |
| | _____ City     State    Zip Code | | |
| 2.3 _____ | _____ Street | _____ | ☐ D ☐ E/F ☐ G |
| | _____ City     State    Zip Code | | |
| 2.4 _____ | _____ Street | _____ | ☐ D ☐ E/F ☐ G |
| | _____ City     State    Zip Code | | |

**Fill in this information to identify the case:**

Debtor name    **HUGHES PRIVATE CAPITAL, INC.**

United States Bankruptcy Court for the:    DISTRICT OF NEVADA

Case number (if known)    **23-50322**

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy           04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:    Income**

1. **Gross revenue from business**

   ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2023** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | **$444,842.90** |
| **For prior year:**<br>From  **1/01/2022** to **12/31/2022** | ■ Operating a business<br>☐ Other _____ | **$6,596,864.98** |
| **For year before that:**<br>From  **1/01/2021** to **12/31/2021** | ■ Operating a business<br>☐ Other _____ | **$139,302.32** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|

Debtor    **HUGHES PRIVATE CAPITAL, INC.**                          Case number *(if known)*    **23-50322**

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.1. **LYN ERICKSON MCPHAIL & JOHN R. MCPHAIL**<br>**10 TAYLOR STREET**<br>**Braintree, MA 02184** | 2/13/2023 | $10,923.18 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **LEASE PAYMENT** |
| 3.2. **UMPQUA BANK**<br>**PO BOX 1820**<br>**Roseburg, OR 97470** | 2/22/2023,<br>3/21/2023 &<br>4/20/2023 | $10,938.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **BANK SERVICE FEES** |
| 3.3. **UNITED HEALTHCARE**<br>**PO BOX 30555**<br>**Salt Lake City, UT 84130** | 3/2/2023,<br>5/3/2023 &<br>5/12/2023 | $48,878.41 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **HEALTH INSURANCE** |
| 3.4. **VERSAILLES SPE**<br>**(RELATED ENTITY)** | 3/6/2023,<br>4/4/2023,<br>4/20/2023 &<br>5/8/2023 | $145,000.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **OWNERS CONTRIBUTIONS TO COVER OPERATING EXPENSES OF APARTMENT COMPLEX** |
| 3.5. **CAPITOL ONE**<br>**PO BOX 30825**<br>**Salt Lake City, UT 84130** | 3/13/2023,<br>3/16/2023 &<br>3/29/2023 | $22,000.00 | ☐ Secured debt<br>■ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.6. **SOLID GROUND INVESTMENTS, INC.**<br>**13420 STONELAND CT.**<br>**RENO, NV 89511** | 5/3/2023 &<br>5/12/2023 | $36,572.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **RENT** |
| 3.7. **ERC SPECIALISTS** | 5/12/2023 | $55,527.67 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |

Debtor    HUGHES PRIVATE CAPITAL, INC.      Case number *(if known)*  23-50322

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.8. | **DARBY LAW PRACTICE**<br>**499 W. PLUMB LANE, SUITE 202**<br>**Reno, NV 89509** | **2/28/2023,**<br>**5/4/2023 &**<br>**5/12/2023** | **$42,500.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| | Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1. | **DREAM WEAVER INVESTMENTS**<br>**7965 MEADOW VISTA DRIVE**<br>**RENO, NV 89511**<br>**ENTITY OWNED BY PRESIDENT GREG**<br>**HUGHES** | **MONTHLY IN**<br>**YEAR**<br>**PRECEEEDI**<br>**NG**<br>**PETITION**<br>**DATE** | **$204,000.00** | **CONSULTING FEES**<br>**(THESE PAYMENTS ARE ALSO**<br>**DISCLOSED IN QUESTION 30,**<br>**BELOW)** |
| 4.2. | **DREAM WEAVER INVESTMENTS**<br>**7965 MEADOW VISTA DRIVE**<br>**RENO, NV 89511**<br>**ENTITY OWNED BY PRESIDENT GREG**<br>**HUGHES** | **6/9/2022 &**<br>**7/29/2022** | **$288,000.00** | **OWNER DISTRIBUTION**<br>**(THESE PAYMENTS ARE ALSO**<br>**DISCLOSED IN QUESTION 30,**<br>**BELOW)** |
| 4.3. | **STONEWALL CONSULTING**<br>**4115 INWOOD LANE**<br>**RENO, NV 89502**<br>**ENTITY OWNED BY SECRETARY KYLE**<br>**KRCH** | **MONTHLY IN**<br>**YEAR**<br>**PRECEEEDI**<br>**NG**<br>**PETITION**<br>**DATE** | **$204,000.00** | **CONSULTING FEES**<br>**(THESE PAYMENTS ARE ALSO**<br>**DISCLOSED IN QUESTION 30,**<br>**BELOW)** |
| 4.4. | **STONEWALL CONSLUTING**<br>**4115 INWOOD LANE**<br>**RENO, NV 89502**<br>**ENTITY OWNED BY SECRETARY KYLE**<br>**KRCH** | **6/9/2022 &**<br>**7/29/2022** | **$249,000.00** | **OWNER DISTRIBUTION**<br>**(THESE PAYMENTS ARE ALSO**<br>**DISCLOSED IN QUESTION 30,**<br>**BELOW)** |
| 4.5. | **JSAM INC.**<br>**5151 MILAGRO COURT**<br>**SPARKS, NV 89436**<br>**ENTITY OWNED BY TREASURER**<br>**STEVE SIXBERRY** | **MONTHLY IN**<br>**YEAR**<br>**PRECEEEDI**<br>**NG**<br>**PETITION**<br>**DATE** | **$204,000.00** | **CONSULTING FEES**<br>**(THESE PAYMENTS ARE ALSO**<br>**DISCLOSED IN QUESTION 30,**<br>**BELOW)** |
| 4.6. | **JSAM INC.**<br>**5151 MILAGRO COURT**<br>**SPARKS, NV 89436**<br>**ENTITY OWNED BY TREASURER**<br>**STEVE SIXBERRY** | **6/9/2022 &**<br>**7/29/2022** | **$63,000.00** | **OWNER DISTRIBUTION**<br>**(THESE PAYMENTS ARE ALSO**<br>**DISCLOSED IN QUESTION 30,**<br>**BELOW)** |

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

| Debtor | HUGHES PRIVATE CAPITAL, INC. | Case number *(if known)* | 23-50322 |

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

| **Part 3:** | **Legal Actions or Assignments** |

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case**.**

☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **ANDRONICO FAMILY PARTNERSHIP, L.P. v. GUARDIAN FUND, LLC; GREG HUGES; STEVE SIXBERRY; HUGHES PRIVATE CAPITAL, LLC; HUGHBERRY HOMES LLC**<br>**CV23-00336** | **BREACH OF CONTRACT AND OTHER CLAIMS** | **SECOND JUDICIAL DISTRICT COURT OF NEVADA**<br>**75 COURT STREET**<br>**RENO, NV 89501** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. | **BELLA GROUP LLC; TELCOM ASSOCIATES; and CBPR GROUP, LLC**<br>**v.**<br>**GUARDIAN FUND, LLC DBA HUGHBERRY HOMES LLC; GREG HUGHES; STEVE SIXBERRY; HUGHES PRIVATE CAPITAL, LLC; and KRCH REALTY, LLC**<br>**CV23-00544** | **BREACH OF CONTRACT AND OTHER CLAIMS** | **SECOND JUDICIAL DISTRICT COURT OF NEVADA**<br>**75 COURT STREET**<br>**RENO, NV 89501** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

8. **Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

| **Part 4:** | **Certain Gifts and Charitable Contributions** |

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

| **Part 5:** | **Certain Losses** |

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

Debtor    **HUGHES PRIVATE CAPITAL, INC.**                                      Case number *(if known)*  23-50322

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
| --- | --- | --- | --- |
|  |  |  |  |

| Part 6: | Certain Payments or Transfers |
| --- | --- |

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
| --- | --- | --- | --- | --- |
| 11.1. | **DARBY LAW PRACTICE**<br>**499 W. PLUMB LANE, SUITE 202**<br>**Reno, NV 89509** | | **2/28/2023**<br>**5/5/2023**<br>**5/12/2023** | **$42,500.00** |
| | **Email or website address**<br>**kevin@darbylawpractice.com** | | | |
| | **Who made the payment, if not debtor?**<br>**Debtor** | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
| --- | --- | --- | --- |
|  |  |  |  |

**13. Transfers not already listed on this statement**

List any payments or transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer?<br>Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
| --- | --- | --- | --- |
|  |  |  |  |

| Part 7: | Previous Locations |
| --- | --- |

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy<br>From-To |
| --- | --- |
|  |  |

Debtor    **HUGHES PRIVATE CAPITAL, INC.**                          Case number *(if known)*  **23-50322**

---

**Part 8:**  **Health Care Bankruptcies**

15. **Health Care bankruptcies**
    Is the debtor primarily engaged in offering services and facilities for:
    - diagnosing or treating injury, deformity, or disease, or
    - providing any surgical, psychiatric, drug treatment, or obstetric care?

    ☑ No. Go to Part 9.
    ☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| | | |

---

**Part 9:**  **Personally Identifiable Information**

16. **Does the debtor collect and retain personally identifiable information of customers?**

    ☐ No.
    ☑ Yes. State the nature of the information collected and retained.

    ### SOCIAL SECURITY NUMBERS AND OTHER SENSTIVE FINANCIAL INFORMATION

    Does the debtor have a privacy policy about that information?
    ☐ No
    ☑ Yes

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

    ☑ No. Go to Part 10.
    ☐ Yes. Does the debtor serve as plan administrator?

---

**Part 10:**  **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

18. **Closed financial accounts**
    Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
    Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

    ☑ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| | | | | |

19. **Safe deposit boxes**
    List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

    ☑ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| | | | |

20. **Off-premises storage**
    List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

---

Debtor   **HUGHES PRIVATE CAPITAL, INC.**                                    Case number *(if known)* **23-50322**

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

---

**Part 11:   Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
   List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

   ☐ None

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| TATE HUGHES<br>NV 89511 | 5440 LOUIE LANE<br>SUITE 106 & 108<br>RENO, NV 89511 | BAG OF DEWALT TOOLS | $100.00 |
| SOLID GROUND INVESTMENTS, INC.<br>RENO, NV 89511 | 5440 LOUIE LANE<br>SUITE 106<br>RENO, NV 89511 | VIDEO SURVEILLANCE<br>EQUIPMENT - LOREX BY<br>FLIR LNK 7000 SERIES | $200.00 |
| SOLID GROUND INVESTMENTS, INC.<br>RENO, NV 89511 | 5440 LOUIE LANE<br>EXTERIOR MOBILE<br>STORAGE UNIT<br>RENO, NV 89511 | SNOW BLOWER | $300.00 |

---

**Part 12:   Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
   *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

   *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

   *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

   ■ No.
   ☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

   ■ No.
   ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

Debtor    **HUGHES PRIVATE CAPITAL, INC.**                                      Case number *(if known)*  **23-50322**

☑ No.

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:**   **Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

26. **Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | | Date of service<br>From-To |
|---|---|---|
| 26a.1. | **ANDREW PALMER**<br>**420 AVALON LANE**<br>**COPPELL, TX 75019** | **5/23/22-3/12/23** |
| 26a.2. | **SHELLEY GEDAK**<br>**1868 FAIR WAY**<br>**CARSON CITY, NV 89701** | **11/1/2022-03/12/2023** |
| 26a.3. | **ALLEN WEN**<br>**9870 DOUBLE R BLVD**<br>**APT 626**<br>**Reno, NV 89520-1000** | **10/23/2019-1/20/2023** |
| 26a.4. | **MARA IPPOLITO**<br>**2019 CRADLE MOUNTAIN DRIVE**<br>**APT 1**<br>**RENO, NV 89523** | **10/4/2021-6/19/2022** |
| 26a.5. | **MIKE GIBBONS**<br>**5980 STILL MEADOW DRIVE**<br>**RENO, NV 89502** | **10/5/2020-3/1/2022** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | | Date of service<br>From-To |
|---|---|---|
| 26b.1. | **EVANS NELSON CPA'S**<br>**160 W HUFFAKER LANE**<br>**RENO, NV 89511** | **FULL TWO YEARS**<br>**PRIOR TO FILING** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

Debtor    **HUGHES PRIVATE CAPITAL, INC.**                                    Case number *(if known)*  **23-50322**

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.  **WENDAL KING** | |
| 26c.2.  **MITCH LITTLE**<br>**FREDOM FOUNDERS** | |
| 26c.3.  **EVANTS NELSON CPA'S** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **GREG HUGHES** | **7965 MEADOW VISTA DRIVE**<br>**RENO, NV 89511** | **PRESIDENT - STOCKHOLDER** | **46%** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **KYLE KRCH** | **4115 INWOOD LANE**<br>**RENO, NV 89502** | **SECRETARY - STOCKHOLDER** | **43%** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **STEVE SIXBERRY** | **5151 MILAGRO COURT**<br>**SPARKS, NV 89436** | **TREASURER - STOCKHOLDER** | **11** |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No

☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No

■ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

Debtor    **HUGHES PRIVATE CAPITAL, INC.**                                   Case number *(if known)* **23-50322**

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | **DREAM WEAVER INVESTMENTS 7965 MEADOW VISTA DRIVE RENO, NV 89511** | **$492,000** | **MONTHLY IN YEAR BEFORE FILING, 6/9/2022 & 7/29/2022** | **COMPENSATION FOR CONSULTING SERVICES AND OWNER DISTRIBUTIONS (THESE ARE THE SAME PAYMENTS DISCLOSED ON QUESTION 4, ABOVE)** |
| | **Relationship to debtor** **ENTITY OWNED BY PRESIDENT GREG HUGHES** | | | |
| 30.2. | **STONEWALL CONSULTING 4115 INWOOD LANE RENO, NV 89502** | **$453,000** | **MONTHLY IN YEAR BEFORE FILING, 6/9/2022 & 7/29/2022** | **COMPENSATION FOR CONSULTING SERVICES AND OWNER DISTRIBUTIONS (THESE ARE THE SAME PAYMENTS DISCLOSED ON QUESTION 4, ABOVE)** |
| | **Relationship to debtor** **ENTITY OWNED BY SECRETARY KYLE KRCH** | | | |
| 30.3. | **JSAM INC.** | **$267,000** | **MONTHLY IN YEAR BEFORE FILING, 6/9/2022 & 7/29/2022** | **COMPENSATION FOR CONSULTING SERVICES AND OWNER DISTRIBUTIONS (THESE ARE THE SAME PAYMENTS DISCLOSED ON QUESTION 4, ABOVE)** |
| | **Relationship to debtor** **ENTITY OWNED BY TREASURER STEVE SIXBERRY** | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

Debtor    **HUGHES PRIVATE CAPITAL, INC.**                    Case number *(if known)*  **23-50322**

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| | |

## Part 14:   Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **May 24, 2023**

**/s/ GREG HUGHES**                                         **GREG HUGHES**
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor    **PRESIDENT**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
### District of Nevada

In re    **HUGHES PRIVATE CAPITAL, INC.**      Case No.   **23-50322**
Debtor(s)      Chapter   **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

     For legal services, I have agreed to accept      $      **25,000.00**

     Prior to the filing of this statement I have received      $      **25,000.00**

     Balance Due      $      **0.00**

2.   $   **338.00**   of the filing fee has been paid.

3.   The source of the compensation paid to me was:

     ■ Debtor      ☐ Other (specify):

4.   The source of compensation to be paid to me is:

     ☐ Debtor      ■ Other (specify):      **NONE**

5.   ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

     ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

     a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
     b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
     c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
     d. [Other provisions as needed]
        **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

7.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:
     **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

---

### CERTIFICATION

     I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**May 24, 2023**          **/s/ KEVIN A DARBY**
*Date*          **KEVIN A DARBY 7670**
         *Signature of Attorney*
         **DARBY LAW PRACTICE**
         **499 W. PLUMB LANE, SUITE 202**
         **Reno, NV 89509**
         **775.322.1237  Fax: 775.996.7290**
         **kevin@darbylawpractice.com**
         *Name of law firm*

# United States Bankruptcy Court
## District of Nevada

In re   **HUGHES PRIVATE CAPITAL, INC.**                          Case No.   **23-50322**
                                    Debtor(s)          Chapter   **7**

# VERIFICATION OF CREDITOR MATRIX

I, the PRESIDENT of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   **May 24, 2023**                          **/s/ GREG HUGHES**
                                    **GREG HUGHES**/**PRESIDENT**
                                    Signer/Title