ROBERT E. ATKINSON, ESQ., Bar No. 9958
Email: robert@nv-lawfirm.com
**ATKINSON LAW ASSOCIATES LTD.**
376 E. Warm Springs Rd Suite 130
Las Vegas, NV 89119
Telephone:  (702) 614-0600
*Attorney for Christopher P. Burke, Trustee*

**UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| In re: | Case No. 23-50322-hlb<br>Chapter 7 |
| HUGHES PRIVATE CAPITAL, INC.<br>*fdba* HUGHES PRIVATE CAPITAL, LLC<br>*dba* HUGHES PRIVATE CAPITAL,<br><br>Debtor. | **EX PARTE MOTION FOR<br>2004 EXAMINATION OF<br>EL MONTE CAPITAL A/K/A<br>EL MONTE CAPITAL INC.** |

Chapter 7 trustee Christopher P. Burke ("***Trustee***") hereby moves for an order directing the 30(b)(6) representative / person most knowledgeable for EL MONTE CAPITAL a/k/a EL MONTE CAPITAL INC., a Wyoming entity, to appear for an examination pursuant to Bankruptcy Rule 2004.

Rule 2004(a) provides that "[o]n motion of any party in interest, the court may order the examination of any entity."  The permissible scope of such exam is found in Rule 2004(b). The examination will take place at the place designated in the subpoena compelling attendance.

The examination shall be scheduled to take place more than 14 days from the date of the filing of this motion, and thus the Clerk of the Court may sign the order.  LR 2004(b).

WHEREFORE, the Trustee respectfully requests that the Clerk of Court enter the Order Granting Motion for 2004 Examination of EL MONTE CAPITAL a/k/a EL MONTE CAPITAL INC. submitted herewith.

# # # # #

DATED: June 14, 2023                    **ATKINSON LAW ASSOCIATES LTD.**

                            By:  _____/s/ Robert Atkinson_____
                                ROBERT E. ATKINSON, ESQ.
                                *Attorney for Christopher P. Burke, Trustee*