_____
Honorable Hilary L. Barnes
United States Bankruptcy Judge

Entered on Docket
January 08, 2025

_____

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>HUGHES PRIVATE CAPITAL, INC., fdba HUGHES PRIVATE CAPITAL, LLC, dba HUGHES PRIVATE CAPITAL,<br><br>Debtor. | Case No. 23-50322-HLB<br><br>Chapter 7<br><br>**ORDER DIRECTING TRUSTEE TO SUBMIT PROPOSED ORDER(S) GRANTING RELIEF REQUESTED**<br><br>Related ECF Nos. 305, 308, 312, 315, 318, 321, 324, 327, 330, 334, 337, 340, 343, 347, 350, 354, 357, 360, 363, 367, 370, 373, 429, 432, 435, 438, and 441 |

The Court considered the following objections (collectively, the "Objections") filed by Chapter 7 Trustee Christopher P. Burke ("Trustee") in the above-captioned bankruptcy case of Hughes Private Capital, Inc.:

1. Objection to Claim No. 35 [ECF No. 305];
2. Objection to Claim No. 39 [ECF No. 308];
3. Objection to Claim No. 41 [ECF No. 312];
4. Objection to Claim No. 44 [ECF No. 315];
5. Objection to Claim No. 47 [ECF No. 318];
6. Objection to Claim No. 50 [ECF No. 321];
7. Objection to Claim No. 52 [ECF No. 324];
8. Objection to Claim No. 64 [ECF No. 327];
9. Objection to Claim No. 65 [ECF No. 330];
10. Objection to Claim No. 72 [ECF No. 334];

1. 11. Objection to Claim No. 75 [ECF No. 337];
2. 12. Objection to Claim No. 95 [ECF No. 340];
3. 13. Objection to Claim No. 98 [ECF No. 343];
4. 14. Objection to Claim No. 125 [ECF No. 347];
5. 15. Objection to Claim No. 130 [ECF No. 350];
6. 16. Objection to Claim No. 111 [ECF No. 354];
7. 17. Objection to Claim No. 53-2 [ECF No. 357];
8. 18. Objection to Claim No. 116 [ECF No. 360];
9. 19. Objection to Claim No. 59 [ECF No. 363];
10. 20. Objection to Claim No. 60 [ECF No. 367];
11. 21. Objection to Claim No. 17 [ECF No. 370];
12. 22. Objection to Claim No. 46 [ECF No. 373];
13. 23. Objection to Claim No. 30 [ECF No. 429];
14. 24. Objection to Claim No. 37 [ECF No. 432];
15. 25. Objection to Claim No. 42 [ECF No. 435];
16. 26. Objection to Claim No. 56 [ECF No. 438]; and
17. 27. Objection to Claim No. 119 [ECF No. 441].

After consideration of the Objections and upon review of the docket in the above-captioned bankruptcy case, the Court finds the Trustee properly served the Objections, and no party(ies) timely opposed the relief requested therein. Based on the foregoing, and for good cause shown, **THE COURT HEREBY ORDERS:**

The Trustee is directed to upload proposed form(s) of order(s) sustaining the Objections. Upon entry of the order, the Court will vacate the hearings on the Objections scheduled for January 16, 2025.

**SIGNED AND DATED ABOVE.**

Copy sent via CM/ECF Electronic Notice