_____
Honorable Hilary L. Barnes
United States Bankruptcy Judge

Entered on Docket
January 10, 2025

_____

ROBERT E. ATKINSON, ESQ., Bar No. 9958
Email: robert@nv-lawfirm.com
**ATKINSON LAW ASSOCIATES LTD.**
376 E Warm Springs Rd, Suite 130
Las Vegas, NV 89119
Telephone: (702) 614-0600
*Attorney for Christopher P. Burke, Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| In re: | Case No. 23-50322-hlb |
|---|---|
| HUGHES PRIVATE CAPITAL, INC. | Chapter 7 |
| *fdba* HUGHES PRIVATE CAPITAL, LLC | |
| *dba* HUGHES PRIVATE CAPITAL, | **ORDER SUSTAINING OBJECTION TO CLAIM NO. 37** |
| Debtor. | |

   The chapter 7 trustee's objection entitled OBJECTION TO CLAIM NO. 37 [ECF #432] (the "***Objection***") was reviewed by the Court. No opposition or response to the Objection had timely been filed.

   For the reasons stated in the Objection, and for lack of any opposition,

///

///

///

///

-1-

**IT IS HEREBY ORDERED:**

1. The Objection is sustained.

2. Proof of Claim No. 37 filed in this bankruptcy case by the Luster Family Trust is hereby disallowed.

**IT IS SO ORDERED.**

# # # # #

Submitted by:

    /s/ Robert Atkinson
ROBERT E. ATKINSON, ESQ.
Nevada Bar No. 9958
*Attorney for Trustee*

### **CERTIFICATION re: RULE 9021**

In accordance with LR 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that (check one):

☐ The court has waived the requirements set forth in LR 9021(b)(1).

☒ No party appeared at the hearing or filed an objection to the motion.

☐ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below:

☐ I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order.

###